JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMANTHA LEUNG, | ) | Case No.: 2:22-cv-01550-SVW-MAA |
| *Plaintiff,* | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| ZOETOP BUSINESS CO., LTD., | ) | |
| D/B/A/ SHEIN and ROMWE | ) | Judge:       Hon. Stephen V. Wilson |
| | ) | Mag. Judge: Hon. Maria A. Audero |
| *Defendant.* | ) | |

/ / /

/ / /

/ / /

## [~~PROPOSED~~] ORDER

Based on the parties' Joint Stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: ____September 29____, 2022      By: _____
                                           STEPHEN V. WILSON
                                           U.S. DISTRICT JUDGE